IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE OAKLEY ENTERPRISES, INC. and RENEE GABET, <br><br> Plaintiffs, <br><br> -vs.- <br><br> AMAZON.COM, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) The Honorable <br> ) Mark J. Dinsmore <br> ) <br> ) No. 1:19-cv-01732-JMS-MJD <br> ) <br> ) <br> ) |

**MOTION FOR ATTORNEYS' FEES FOR AMAZON.COM, INC.**

Defendant Amazon.com, Inc. ("Amazon") respectfully moves under Fed. R. Civ. P. 37(a)(5)(A) for its reasonable expenses (attorneys' fees) incurred in pursuing its Motion to Compel Discovery Responsive to Amazon.com, Inc.'s Interrogatories Nos. 3 and 6, and Requests for Production Nos. 3, 5, 6, 8, and 21, and Motion for a Sufficient Answer to Request for Admission No. 4 (ECF No. 76). The amount of reasonable expenses sought is **$48,490**. Grounds for the motion are set forth in the accompanying brief, and are summarized below:

1. On August 7, 2020, the Court granted Amazon's Motion to Compel. ECF No. 97. In the Order, the Court granted leave to Amazon to seek attorneys' fees through motion and supporting documentation, to be filed on or before August 21, 2020.

2. Pursuant to Fed. R. Civ. P. 37(a)(5)(A), the Court "must," upon granting a motion to compel under Rule 37, require the non-moving party "to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees," unless one of three particular exceptions applies to the circumstances of the motion. Here, the Court granted in full Amazon's motion to compel and none of the exceptions applies.

3. Amazon's request for attorneys' fees is reasonable. Amazon's fees, reflected in the lodestar analysis of the number of hours expended multiplied by the billing rate, are reasonable in both the number of hours spent (which are prorated by Amazon by the individual task performed) and the attorneys' standard billing rates, which is presumptively appropriate. *See People Who Care v. Rockford Bd. of Educ. Sch. Dist. No. 205*, 90 F.3d 1307, 1310 (7th Cir. 1996) (holding "[t]he attorney's actual billing rate … is presumptively appropriate.") (internal citation omitted). In support of this motion, Amazon provides the billing entries of the two attorneys involved in the prosecution of Amazon's motion to compel, including the meet and confer process, drafting and filing of the motion and supporting documents, and the drafting and filing of the reply brief in

support. Additionally, Amazon seeks fees relating to the briefing on this Motion, and in opposing plaintiffs' motion for reconsideration on one of the eight issues in Amazon's motion to compel, the final amount of which will be submitted with Amazon's reply brief.

4. Counsel for Amazon conferred with plaintiffs' counsel on August 18 (by phone and by email), 19 (by email), and 20 (by email), 2020, regarding whether plaintiffs would pay Amazon's fees in connection with the motion to compel without requiring the filing of this Motion, but plaintiffs declined to do so.

5. For the foregoing reasons and the reasons set forth in the accompanying memorandum of law, Amazon respectfully requests an award of its reasonable expenses in connection with bringing this motion, namely **$48,490** in attorneys' fees incurred through August 20, 2020, supported by Amazon's counsel's billing records.

August 21, 2020

Respectfully submitted,

Robert T. Cruzen
Robert T. Cruzen (*pro hac vice*)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301
rob.cruzen@klarquist.com

Counsel for Defendant
AMAZON.COM, INC.