IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE OAKLEY ENTERPRISES, INC. and RENEE GABET,<br><br>Plaintiffs,<br><br>-vs.-<br><br>AMAZON.COM, INC.,<br><br>Defendant. | The Honorable<br>Mark J. Dinsmore<br><br>No. 1:19-cv-01732-JMS-MJD |

**DECLARATION OF AMY C. DACHTLER IN SUPPORT
OF MOTION FOR ATTORNEYS' FEES FOR AMAZON.COM, INC.**

I, Amy C. Dachtler, declare as follows:

1. I am a staff attorney at the law firm of Klarquist Sparkman, LLP, counsel for defendant Amazon.com, Inc. ("Amazon") in this matter. I submit this declaration in support of Amazon's Motion for Attorneys' Fees.

2. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3. I graduated from the University of Virginia School of Law in 2004. In 1998, I graduated from UCLA with a bachelor of science degree in chemical engineering, and a bachelor of science degree in biology.

4. I passed the Commonwealth of Massachusetts bar exam in 2004, and started practicing law at that time.

5. I worked as an associate for large national law firms in intellectual property litigation from 2004 to 2012. These firms included Fish & Richardson P.C. (Boston), Howrey LLP (San Francisco), and Morrison & Foerster LLP (San Francisco). My main focus during that time was patent litigation, but I also worked on trade secret and other intellectual property-focused cases.

6. I took a hiatus from working at a law firm from 2012 to 2014. I had a daughter in 2013 and moved to Portland, Oregon, in 2014. Once established in Portland, I worked as an attorney for a local litigation law firm, Stoll Berne, from 2014 to 2016. I began working as a part-time staff attorney at Klarquist Sparkman, LLP, in April 2017, and continue in that role today.

7. As a staff attorney for the litigation group at Klarquist Sparkman, LLP, I am involved in discovery matters and have been a part of litigation teams for trademark, patent, and

trade secret cases. I perform tasks such as legal research, brief writing, document review, and other discovery tasks. I do weigh in on case strategy decisions when staffed on a case.

8. My current billing rate for 2020 is $325/hour.

9. Attached as Exhibit A is a true and correct copy of the Fee Petition for WDIG Mobile, LLC filed in *Triune Star, Inc. v. The Walt Disney Company, et al.*, Case No. 1:07-cv-01256-MMM-JAG, dated December 8, 2008 (ECF No. 73). This fee petition notes my rate was $445 per hour as a fourth-year associate attorney at Morrison & Foerster LLP on pp. 9-10.

10. I represented a client in a trademark litigation case in 2019 and 2020, and billed the client $325/hour for my work in 2020 on that case. The client paid the bills for that case and my rate.

11. On this case, as noted in the billing records submitted, I performed legal research and assisted in drafting Amazon's motion to compel, the reply in support of Amazon's motion to compel, and this fee motion.

12. The following charts have been compiled from the narratives and billing information from my time notes. The time notes are consistent with Exhibit B to Mr. Cruzen's Declaration. The "Hours" column explains downward adjustments as a result of proration.

**Table 1. Time Spent On Motion To Compel And Reply**

| Date | Narrative/Description | Hours |
|---|---|---|
| July 22, 2020 | Draft motion to compel discovery responses. | 3.8 |
| July 23, 2020 | Draft motion to compel discovery. | 6.0 |
| July 24, 2020 | Draft and revise motion to compel discovery from plaintiffs. | 5.2 |
| July 25, 2020 | Draft motion to compel discovery. | 0.5 |
| July 26, 2020 | Draft motion to compel discovery responses. | 2.0 |

| Date | Narrative/Description | Hours |
|---|---|---|
| July 27, 2020 | Draft, revise, and proofread motion to compel discovery. | 5.4 |
| August 1, 2020 | Draft reply to motion to compel. | 0.3 |
| August 3, 2020 | Research legal issues for reply to motion to compel. | 6.0 |
| August 4, 2020 | Review and revise reply in support of motion to compel discovery from Plaintiffs. [redacted narrative for one task not included in this motion]. | Prorated billed hours. 2 tasks included in 3.9 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **1.4 hours**. I can confirm that I actually spent more than 1.4 hours on this task. |
|  | Total Hours Requested For Amy Dachtler for Table 1. | **30.6 Hours** |

**Table 2. Time Spent On Motion For Fees**

| Date | Narrative/Description | Hours |
|---|---|---|
| August 12, 2020 | Draft motion for fees for grant of motion to compel. | 2.0 |
| August 13, 2020 | Draft motion for fees for motion to compel; research legal issues regarding same. | 4.0 |
| August 14, 2020 | Draft brief for attorneys' fees petition for successful motion to compel. | 4.4 |
| August 15, 2020 | Draft fee petition seeking attorneys' fees for motion to compel. | .6 |
| August 16, 2020 | Draft fee petition for Rule 37 attorneys' fees; research legal issues regarding same. | 2.3 |
| August 17, 2020 | Draft fee petition for motion to compel fees; research legal issues regarding same. | 2.4 |
| August 18, 2020 | Draft motion for fees for motion to compel. | 4.8 |
| August 19, 2020 | Draft motion for fees; research legal issues regarding same. | 5.8 |

| Date | Narrative/Description | Hours |
|---|---|---|
| August 20, 2020 | Draft motion for fees; research legal issues regarding same. | 4.1 |
| | Total Hours Requested For Amy Dachtler For Table 2. | **30.4 Hours** |

13.   Multiplying the hours in the chart above by my $325 hourly rate produces the following totals, rounded to the nearest dollar:  $9,945 for drafting the motion and reply brief (Table 1); and $9,880 for work on this motion for attorneys' fees through August 20, 2020 (Table 2).  Amazon will submit updated totals for Table 2 regarding work related to this motion after August 20, 2020, with its reply brief.  It will submit hourly totals for work opposing plaintiffs' motion for reconsideration if that motion is denied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2020 at Portland, Oregon.

*Amy C. Dachtler*
Amy C. Dachtler