IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNIE OAKLEY ENTERPRISES, INC. and RENEE GABET, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs.- | ) No. 1:19-cv-01732-JMS-MJD ) |
| AMAZON.COM, INC., | ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF ROBERT T. CRUZEN IN SUPPORT
OF MOTION FOR ATTORNEYS' FEES OF AMAZON.COM, INC.**

I, Robert T. Cruzen, declare as follows:

1. I am an attorney at the law firm of Klarquist Sparkman, LLP, counsel for defendant Amazon.com, Inc. ("Amazon") in this matter. I submit this declaration in support of Amazon's Motion for Attorneys' Fees.

2. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3. I graduated from Stanford Law School in 1999. I graduated top 10% of my class (i.e. Order of Coif), and was a member of the Stanford Law Review. I have been practicing law for approximately 21 years, since I was admitted to the California bar in 1999.

4. I am a partner at Klarquist Sparkman, LLP, in Portland, Oregon. We are a law firm that focuses on intellectual property matters, and the largest boutique intellectual property law firm in the Pacific Northwest. I have been a partner since 2010, and I joined the firm in 2007. I have represented Amazon since 2008 in more than 50 litigations. I have also worked on numerous occasions with Amazon's in-house counsel who is overseeing this litigation.

5. A significant part of my practice involves trademark matters. I first started doing trademark work in 2000 at my prior law firm in San Francisco, Howard Rice (now Arnold and Porter). At the time I moved to Portland in 2006, my Howard Rice rate was $475 an hour as an associate. I have litigated more than one hundred intellectual property cases in district courts throughout the country since joining Klarquist Sparkman LLP in 2007. I have also appeared frequently before the Courts of Appeals, including in argument before the Ninth and Federal Circuits. Most recently, I argued before the Federal Circuit on behalf of LinkedIn Corp. in a case where the Court affirmed the District of Delaware's dismissal of a patent suit filed by DiStefano Patent Trust III against LinkedIn. That case concluded in March of this year.

6. I am lead counsel for this case, and I am in charge of the bills and fees charged to Amazon for this case.

7. As a firm, we provide legal services for multiple intellectual property matters for Amazon. We have negotiated a flat-fee arrangement covering all of these cases, including this case. The flat rate is variable annually and is based on existing cases and past and anticipated workload. For all matters in which we represent Amazon, we track all time spent daily and enter narratives for each task performed, just as we do when billing clients on an hourly basis. We do so for purposes of internal compensation and reviews, reporting to, and negotiating fees with, Amazon, and for situations where we seek fees and costs, among others. Amazon's annual flat-fee payment to Klarquist Sparkman, LLP, for 2020 exceeds the fees sought in this motion.

8. My current billing rate for the firm is $525 per hour, and it has been for all of 2020. This is the rate that I charge to other clients, including for trademark work, with whom we do not have a different fee arrangement. This rate has in fact been charged for my time for work on trademark matters, and has been accepted and paid, in 2020.

9. Attached hereto as Exhibit A is a true and correct copy of excerpts from the 2019 AIPLA Report of the Economic Survey. The Introduction states:

> The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services.

Page 20 shows data for Average Hourly Billing Rate for Private Firm-Equity Partners. For my range of experience, 15-24 years, it states that in 2018 the Mean rate was $505/hour. I believe that

the two-year passage in time, and the fact that my 21 years of experience is at the higher end of the range of years listed, justify the $20 difference between my rate and the mean rate provided.

10. Attached hereto as Exhibit B is a true and correct copy of the billing statements for this case related to the motion to compel, including the number of hours billed by Amy Dachtler and me. The entries listed for "RTC" show my time for the tasks described. The entries for "ACD1" show Amy Dachtler's time for the tasks described. Each attorney writes a narrative each day for the tasks they performed during the hours they billed to the case. Those narratives are also reflected in the attached billing statements. The date range of the invoices in this exhibit is June 29 through November 23, 2020. I have reviewed each of these narratives and the amount of time reflected in them. The amount of time sought in Amazon's motion has not been inflated, although some recorded time amounts have been reduced as part of my review of the billing statements. We are filing this motion on November 25, 2020, in consideration of the Thanksgiving holiday. Additional hours billed by me and Ms. Dachtler for this fee motion, and its reply, will be supplied in Amazon's reply to this motion.

11. The following chart has been compiled from the narratives and billing information from my time notes. The time narratives below are consistent with the invoice statements in Exhibit B attached to my declaration. The "Hours" column explains downward adjustments as a result of proration.

**Table 1. Time Spent On Pre-Motion Activities**

| Date | Narrative/Description | Hours |
|---|---|---|
| June 29, 2020 | Draft meet and confer letter re deficiencies in RFA, RFP, and Interrogatory responses, finalize and send same. [redacted narrative for task not included in this motion] | Prorated billed hours. 2 tasks included in 4.80 hours billed to this case for this day. Some of the issues involved in the meet and confer letter were not ultimately the subject of the motion to |

| Date | Narrative/Description | Hours |
|---|---|---|
| | | compel.  Therefore, time attributed to the task that is included in this motion is **.8 hours.**  I confirm that this task took at least **.8** hours. |
| July 2, 2002 | Prepare for and confer with opposing counsel on discovery. [redacted narrative for task not included in this motion]. | Amazon has decided not to request fees for this specific communication, as it was less than the prorated number of hours billed for the day. |
| July 3, 2002 | Confer with opposing counsel on discovery.  [redacted narrative for task not included in this motion]. | Amazon has decided not to request fees for this specific communication, as it was less than the prorated number of hours billed for the day. |
| July 14, 2020 | Follow-up with opposing counsel re discovery response.  [redacted narrative for task not included in this motion]. | Amazon has decided not to request fees for this specific communication, as it was less than the prorated number of hours billed for the day. |
| July 15, 2020 | Prepare for and meet and confer with opposing counsel on discovery issues and draft correspondence re same. [redacted narrative for task not included in this motion]. | Prorated billed hours.  2 tasks included in 5.50 hours billed to this case for this day.  Therefore, time attributed to the task that is included in this motion is **2.7 hours**.  I confirm that this task took at least **2.7 hours**. |
| July 17, 2020 | Draft submission to Court re discovery issues. Draft letter to opposing counsel re discovery issues. | Some of the issues involved in this narrative were not ultimately the subject of the motion to compel.  Therefore, of the 5.90 hours billed, **2.9 hours** are attributed to the tasks that are included in this motion.  I confirm that this task took at least **2.9 hours**. |
| July 20, 2020 | Revise submission to Court re discovery issues. [redacted narrative for task not included in this motion]. | Prorated billed hours.  2 tasks included in 5.2 hours billed to this case for this day.  Some of the issues involved in the submission to the Court were not ultimately the subject of the motion to compel.  Therefore, time attributed to |

| Date | Narrative/Description | Hours |
|---|---|---|
| | | the task that is included in this motion is **1.3 hours**. I confirm that this task took at least **1.3** hours. |
| July 22, 2020 | Prepare for and attend discovery conference. Draft motion to compel. | **2.1 hours** attributed to pre-motion activities. (See below for motion-related activities.) |
| | Total Hours Requested for Robert Cruzen For Table 1. | **9.8 Hours** |

**Table 2. Time Spent On Amazon's Motion To Compel And Reply**

| Date | Narrative/Description | Hours |
|---|---|---|
| July 22, 2020 | Prepare for and attend discovery conference. Draft motion to compel. | **7.0 hours** attributed to time spent on Motion to Compel. (See above for pre-motion activities.) |
| July 23, 2020 | Draft motion to compel and research in support of same. | 4.6 |
| July 24, 2020 | Draft motion to compel and research in support of same. | 5.9 |
| July 26, 2020 | Draft motion to compel and research in support of same. | 2.4 |
| July 27, 2020 | Draft motion to compel and file same. | 7.5 |
| August 2, 2020 | Work on reply brief. [redacted narrative for task not included in this motion]. | Prorated billed hours. 2 tasks included in 3.2 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **1.6 hours**. I confirm that this task took at least **1.6** hours. |
| August 3, 2020 | Draft reply brief and supporting documents. [redacted narrative for task not included in this motion]. | Prorated billed hours. 2 tasks included in 8.1 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **4.0 hours**. I confirm that this task took at least **4.0** hours. |
| August 4, 2020 | Revise and finalize reply brief in support of motion to compel. [redacted narrative | Prorated billed hours. 2 tasks included in 7.9 hours billed to this case for this day. My |

|  | for task not included in this motion]. | time spent on the other task not the subject of this motion consumed slightly more than my time on the reply brief. Therefore, time attributed to the task that is included in this motion is **3.4 hours**. I confirm that this task took at least **3.4** hours. |
|---|---|---|
|  | Total Hours Requested For Robert Cruzen For Table 2. | **36.4 Hours** |

**Table 3. Time Spent On Response In Opposition To Plaintiffs' Motion To Compel**

| Date | Narrative/Description | Hours |
|---|---|---|
| July 28, 2020 | Draft opposition to motion to compel and research in support of same. | Prorated billed hours. 2 tasks included in 6.5 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **3.2 hours**. I confirm that this task took at least **3.2 hours**. |
| July 29, 2020 | Draft opposition to motion to compel and research in support of same. | 6.1 |
| July 30, 2020 | Draft opposition to motion to compel and research in support of same. [redacted narrative for task not included in this motion]. | Prorated billed hours. 2 tasks included in 9.4 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **4.7 hours**. I confirm that this task took at least **4.7** hours. |
| July 31, 2020 | Finalize and file opposition to motion to compel, motion to seal, and supporting documents. [redacted narrative for task not included in this motion]. | Prorated billed hours. 3 tasks included in 7.9 hours billed to this case for this day. Therefore, time attributed to the task that is included in this motion is **2.6 hours**. I confirm that this task took at least **2.6** hours. |
|  | Total Hours Requests For Robert Cruzen for Table 3. | **16.6 Hours.** |

-6-

**Table 4.  Time Spent On Initial Motion For Fees**

| Date | Narrative/Description | Hours |
|---|---|---|
| August 14, 2020 | Work on fees motion.  [redacted narrative for two tasks not included in this motion]. | Prorated billed hours.  3 tasks included in 4.20 hours billed to this case for this day.  Therefore, time attributed to the task that is included in this motion is **1.4 hours**.  I confirm that this task took at least **1.4** hours. |
| August 18, 2020 | Work on attorneys' fees motion. | 2.1 hours |
| August 19, 2020 | Work on attorneys' fees motion and supporting documents. | 3.5 hours |
| August 20, 2020 | Work on attorneys' fees motion and supporting documents | 2.9 hours |
| August 21, 2020 | Finalize and file attorneys' fees motion.  [redacted narrative for task not included in this motion]. | Prorated billed hours.  2 tasks included in 2.5 hours billed to this case for this day.  Therefore, time attributed to the task that is included in this motion is **1.2 hours**.  I confirm that this task took at least **1.2** hours. |
|  | Total Hours Requested For Robert Cruzen for Table 4. | **11.1 hours** |

**Table 5.  Time Spent On Opposition To Objection To Magistrate's Order**

| Date | Narrative/Description | Hours |
|---|---|---|
| August 26, 2020 | Confer internally re response to objections to magistrate's order re Amazon customer information.  Review motion for expedited ruling and update client re same. | .8 hours.  1.5 hours was billed on this day to this block of narrative, but the second sentence reflects fees sought in Table 6. |
| August 26, 2020 | Confer internally re response to objection to magistrate's order re interrogatory number 6 and review research re same. | .9 hours.  Note that I began to split time entries to account for time I spent on each issue addressed in the Objection to the Magistrate's Order, in |

| | | |
|---|---|---|
| | | case I needed to break out hours for this fees motion. |
| August 27, 2020 | Work on response to objections to magistrate judge's order re disclosure of Amazon customers. | 2.4 |
| August 27, 2020 | Work on response to objections to magistrate judge's order re interrogatory number 6. | 2.1 |
| August 28, 2020 | Work on response to objections to magistrate judge's order re interrogatory number 6. | 2.5 |
| August 28, 2020 | Work on response to objections to magistrate judge's order re disclosure of Amazon customers. | 1.9 |
| August 31, 2020 | Work on response to objections to magistrate judge's order re disclosure of Amazon customers. | 3.2 |
| August 31, 2020 | Work on response to objections to magistrate judge's order re interrogatory number 6, and finalize and file same. | 3.2 |
| | Total Hours Requested For Robert Cruzen For Table 5. | **17.0 Hours** |

**Table 6. Time Spent On Opposition In Response To Plaintiffs' Motion For Discovery On Attorneys' Fees.**

| Date | Narrative/Description | Hours |
|---|---|---|
| August 26, 2020 | Confer internally re response to objections to magistrate's order re Amazon customer information. Review motion for expedited ruling and update client re same. | .7 hours. 1.5 hours was billed on this day to this block of narrative, but the first sentence reflects fees sought in Table 5. |
| September 1, 2020 | Work on opposition to motion to stay fees motion. | 4.6 |
| September 2, 2020 | Draft and revise response re motion to stay and for | 2.3 |

-8-

| | | |
|---|---|---|
| | discovery re attorneys' fees motion. | |
| September 3, 2020 | Revise response to motion for discovery of Amazon and Amazon's counsel re attorneys' fees motion. | 2.9 |
| | Total Hours Requested For Robert Cruzen For Table 6. | **10.5 Hours** |

**Table 7.  Time Spent On Amazon's Renewed Motion For Attorneys' Fees**

| Date | Narrative/Description | Hours |
|---|---|---|
| November 22, 2020 | Revise attorneys' fees motion | .5 |
| November 23, 2020 | Revise attorneys' fees motion | .8 |
| Additional hours for motion and reply incurred after November 23 will be added in Amazon's Reply. | Total Hours Requested For Robert Cruzen For Table 7 up to November 23, 2020. | **1.3 Hours** as of November 23, 2020. |

12.     Multiplying the hours in the chart above by my $525 hourly rate produces the following totals, rounded to the nearest dollar:  $5,145 for pre-motion activities (Table 1); $19,110 for drafting the motion and reply brief (Table 2); $8,715 for drafting Amazon's response in opposition to plaintiffs' motion to compel (Table 3); $5,828 for drafting the initial motion for attorneys' fees (Table 4); $8,925 for drafting Amazon's response in opposition to plaintiffs' objection to the Magistrate Judge's Orders (Table 5); $5,513 for drafting Amazon's response in opposition to plaintiffs' motion for discovery on Amazon's motion for attorneys' fees (Table 6); and $683 for work on this motion for attorneys' fees through November 23, 2020 (Table 7). Amazon will submit updated totals for Table 7 regarding work related to this motion after November 23, 2020, with its reply brief.

13.     I met and conferred with opposing counsel regarding the initial motion for fees on August 18, 2020, and inquired whether plaintiffs would pay Amazon's fees associated with the motion to compel, which would make this motion unnecessary.  On August 19, 2020, I provided

details regarding the amount of those fees in response to an email inquiry from plaintiffs' counsel. On August 20, 2020, plaintiffs' counsel Mr. Overhauser sent me an email declining to pay Amazon's fees, making the initial motion for fees necessary. During the conferences with plaintiffs' counsel on the meet and confer related to Amazon's motion to compel, plaintiffs were represented by Ms. Eich, Mr. Overhauser and on more than one occasion represented by both attorneys. No attorney other than me attended any of these conferences. I alone appeared for Amazon at the Court's discovery conference authorizing Amazon to file its motion to compel. Similarly, during my August 18, 2020, conference on the original fees motion, plaintiffs were again represented by the two attorneys identified above. Amazon was again represented by me alone.

14. Attached hereto as Exhibit C is a true and correct copy of an email I sent to both Ms. Eich and Mr. Overhauser as counsel for plaintiffs' on Tuesday, November 17, 2020, to confer regarding this renewed motion for fees, which seeks not only fees for Amazon's motion to compel and its reply, but includes Amazon's fees incurred opposing plaintiffs' motion to compel, opposing plaintiffs' motion for discovery, and opposing plaintiffs' objection to Judge Dinsmore's order. I asked if plaintiffs would also decline to pay Amazon's fees incurred for these motions. Mr. Overhauser stated he could not take a position on whether to oppose until discovery on Amazon's fee motion was produced. The Court previously rejected plaintiffs' motion for discovery related to Amazon's fees. ECF No. 129 at 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2020 at Portland, Oregon.

Robert T. Cruzen\
Robert T. Cruzen (*pro hac vice*)