# Exhibit B

```
                                            Klarquist                                              Page .......... 1
                                        BILLING INFORMATION MEMO

                                          Amazon.com, Inc.
                                    ANNIE OAKLEY ENTERPRISES, INC., ET AL. V



================================================================================================

                                                       ANNIE OAKLEY ENTERPRISES, INC., ET AL.
                                                       V. RISE N SHINE ONLINE LLC, ET AL.,
                                                       19-CV-01732 (S.D. IND.)


===========================================>   T I M E   <======================================

           Wkng   Actv                              Billable
  - Date - Atty Task Code  Description              Hours    Rate     Value   Non-Chrg. Group# /Item#
 6/29/2020 RTC  LT100 A104 Draft meet and confer letter re    4.80  525.00  2,520.00           1867    240
                           deficiencies in RFA, RFP, and
                           Interrogatory responses, finalize and
                           send same.




 7/02/2020 RTC  LT300 A103                   Prepare for      8.10  525.00  4,252.50           2044    588
                           and confer with opposing counsel on
                           discovery.

 7/03/2020 RTC  LT300 A107 Confer with opposing counsel on    6.90  525.00  3,622.50           2044    744
                           discovery.
```

Klarquist                                                                                           Page .......... 2

BILLING INFORMATION MEMO

Amazon.com, Inc.
ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

========================================================>  T I M E  <========================================================

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/14/2020 | RTC | LT300 | A107 | Follow-up with opposing counsel re discovery response. | 6.40 | 525.00 | 3,360.00 | | 2044 | 934 |
| 7/15/2020 | RTC | LT300 | A103 | Prepare for and meet and confer with opposing counsel on discovery issues and draft correspondence re same. | 5.50 | 525.00 | 2,887.50 | | 2044 | 987 |
| 7/17/2020 | RTC | LT300 | A103 | Draft submission to Court re discovery issues. Draft letter to opposing counsel re discovery issues. | 5.90 | 525.00 | 3,097.50 | | 2044 | 915 |

```
                                        Klarquist                                          Page ..........    3

                               BILLING INFORMATION MEMO

                                      Amazon.com, Inc.
                               ANNIE OAKLEY ENTERPRISES, INC., ET AL. V


=========================================================>   T I M E   <==========================================================

              Wkng        Actv                                      Billable
  - Date -    Atty  Task  Code   Description                        Hours      Rate       Value    Non-Chrg.  Group#  /Item#
```

| Date | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/20/2020 | RTC | LT300 | A103 | Revise submission to Court re discovery issues. | 5.20 | 525.00 | 2,730.00 | | 2044 | 922 |
| 7/22/2020 | RTC | LT300 | A109 | Prepare for and attend discovery conference. Draft motion to compel. | 9.10 | 525.00 | 4,777.50 | | 2044 | 998 |
| 7/22/2020 | ACD1 | LT300 | A103 | Draft motion to compel discovery responses. | 3.80 | 325.00 | 1,235.00 | | 1993 | 1 |
| 7/23/2020 | RTC | LT200 | A103 | Draft motion to compel and research in support of same. | 4.60 | 525.00 | 2,415.00 | | 2044 | 933 |
| 7/23/2020 | ACD1 | LT300 | A103 | Draft motion to compel discovery. | 6.00 | 325.00 | 1,950.00 | | 1993 | 2 |
| 7/24/2020 | RTC | LT200 | A103 | Draft motion to compel and research in support of same. | 5.90 | 525.00 | 3,097.50 | | 2044 | 908 |
| 7/24/2020 | ACD1 | LT300 | A103 | Draft and revise motion to compel discovery from plaintiffs. | 5.20 | 325.00 | 1,690.00 | | 1999 | 1 |
| 7/25/2020 | ACD1 | LT300 | A103 | Draft motion to compel discovery. | .50 | 325.00 | 162.50 | | 1999 | 227 |
| 7/26/2020 | RTC | LT200 | A103 | Draft motion to compel and research in support of same. | 2.40 | 525.00 | 1,260.00 | | 2044 | 968 |
| 7/26/2020 | ACD1 | LT300 | A103 | Draft motion to compel discovery responses. | 2.00 | 325.00 | 650.00 | | 2010 | 1 |
| 7/27/2020 | RTC | LT200 | A103 | Draft motion to compel and file same. | 7.50 | 525.00 | 3,937.50 | | 2044 | 912 |

```
                                      Klarquist                                          Page ..........    4

                                  BILLING INFORMATION MEMO

                                         Amazon.com, Inc.
                                         ANNIE OAKLEY ENTERPRISES, INC., ET AL. V


=======================================================>  T I M E  <=========================================================
             Wkng     Actv                                  Billable
  - Date -   Atty Task Code   Description                   Hours      Rate       Value       Non-Chrg.  Group#  /Item#

  7/27/2020  ACD1 LT300 A103  Draft, revise, and proofread motion to   5.40   325.00   1,755.00             2010      2
                              compel discovery.


  7/28/2020  RTC  LT200 A103                                 6.50     525.00     3,412.50                   2044    928
                              Draft opposition to motion to compel and
                              research in support of same.

  7/28/2020  ACD1 LT300 A103  Draft opposition to plaintiffs' motion   1.30   325.00    422.50              2029      2
                              to compel.

  7/29/2020  RTC  LT200 A103  Draft opposition to motion to compel and  6.10  525.00   3,202.50             2044    901
                              research in support of same.

  7/29/2020  ACD1 LT300 A103  Draft opposition to plaintiffs' motion   5.90   325.00   1,917.50             2029      3
                              to compel.

  7/30/2020  RTC  LT200 A103  Draft opposition to motion to compel and  9.40  525.00   4,935.00             2044    914
                              research in support of same.

  7/30/2020  ACD1 LT300 A103  Draft opposition to plaintiffs motion to  3.10  325.00   1,007.50             2029      5
                              compel.

  7/31/2020  RTC  LT200 A103  Finalize and file opposition to motion   7.90   525.00   4,147.50             2044    996
                              to compel, motion to seal, and
                              supporting documents.


  7/31/2020  ACD1 LT300 A103  Revise opposition to plaintiffs' motion   .90   325.00    292.50              2040      1
                              to compel.

  8/01/2020  ACD1 LT300 A103  Draft reply to motion to compel.          .30   325.00     97.50              2053      2

  8/02/2020  RTC  LT300 A107                                 3.20     525.00     1,680.00                   2063    117
                                                       Work on reply
```

Klarquist                                                                       Page .......... 5

BILLING INFORMATION MEMO

Amazon.com, Inc.
ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

=============================================================>   T I M E   <=============================================================

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | brief. | | | | | | |
| 8/03/2020 | RTC | LT200 | A103 | Draft reply brief and supporting documents. | 8.10 | 525.00 | 4,252.50 | | 2063 | 81 |
| 8/03/2020 | ACD1 | LT300 | A102 | Research legal issues for reply to motion to compel. | 6.00 | 325.00 | 1,950.00 | | 2055 | 1 |
| 8/04/2020 | RTC | LT200 | A103 | Revise and finalize reply brief in support of motion to compel. | 7.90 | 525.00 | 4,147.50 | | 2063 | 128 |
| 8/04/2020 | ACD1 | LT300 | A103 | Review and revise reply in support of motion to compel discovery from Plaintiffs | 3.90 | 325.00 | 1,267.50 | | 2055 | 3 |

Klarquist                                           Page .......... 6

BILLING INFORMATION MEMO

Amazon.com, Inc.
ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

============================================>  T I M E  <============================================

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|---|---|---|---|---|---|---|---|---|---|



```
                                        Klarquist                                         Page ..........      7
                                   BILLING INFORMATION MEMO
                                         Amazon.com, Inc.
                                  ANNIE OAKLEY ENTERPRISES, INC., ET AL. V


=========================================================>   T I M E   <=========================================================

              Wkng        Actv                                         Billable
  - Date -    Atty  Task  Code  Description                            Hours      Rate       Value     Non-Chrg. Group#  /Item#


  8/12/2020   ACD1  LT300 A103  Draft motion for fees for grant of       2.00    325.00      650.00              2102       2
                               motion to compel.




  8/13/2020   ACD1  LT300 A103  Draft motion for fees for motion to      4.00    325.00    1,300.00              2102       3
                               compel; research legal issues regarding
                               same.

  8/14/2020   RTC   LT100 A106                                           4.20    525.00    2,205.00              2131      91
                               Work on fees motion.


  8/15/2020   ACD1  LT300 A103  Draft fee petition seeking attorneys'     .60    325.00      195.00              2117      21
                               fees for motion to compel.

  8/16/2020   ACD1  LT300 A103  Draft fee petition for Rule 37           2.30    325.00      747.50              2117      18
                               attorneys' fees; research legal issues
                               regarding same.
```

```
                                          Klarquist                                              Page .......... 8
                                      BILLING INFORMATION MEMO

                                              Amazon.com, Inc.
                                              ANNIE OAKLEY ENTERPRISES, INC., ET AL. V
```

============================================================> T I M E <============================================================

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/2020 | ACD1 | LT300 | A103 | Draft fee petition for motion to compel fees; research legal issues regarding same. | 2.40 | 325.00 | 780.00 | | 2131 | 1 |
| 8/18/2020 | RTC | LT200 | A103 | Work on attorneys' fees motion. | 2.10 | 525.00 | 1,102.50 | | 2134 | 10 |
| 8/18/2020 | ACD1 | LT300 | A103 | Draft motion for fees for motion to compel. | 4.80 | 325.00 | 1,560.00 | | 2131 | 3 |
| 8/19/2020 | RTC | LT200 | A103 | Work on attorneys' fees motion and supporting documents. | 3.50 | 525.00 | 1,837.50 | | 2169 | 128 |
| 8/19/2020 | ACD1 | LT300 | A103 | Draft motion for fees; research legal issues regarding same. | 5.80 | 325.00 | 1,885.00 | | 2161 | 1 |
| 8/20/2020 | RTC | LT200 | A103 | Work on attorneys' fees motion and supporting documents. | 2.90 | 525.00 | 1,522.50 | | 2169 | 102 |
| 8/20/2020 | ACD1 | LT300 | A103 | Draft motion for fees; research legal issues regarding same. | 4.10 | 325.00 | 1,332.50 | | 2170 | 20 |
| 8/21/2020 | RTC | LT200 | A104 | Finalize and file attorneys' fees | 2.50 | 525.00 | 1,312.50 | | 2188 | 147 |

```
                                     Klarquist                                                  Page ..........  9
                               BILLING INFORMATION MEMO
                                            Amazon.com, Inc.
                                     ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

============================================================>   T I M E   <============================================================
             Wkng      Actv                                                  Billable
  - Date -   Atty Task Code   Description                                    Hours    Rate       Value        Non-Chrg. Group# /Item#
                              motion.

  8/21/2020  ACD1 LT300 A103  Draft and proofread motion for fees;           2.80     325.00     910.00                 2174     1
                              research legal issues regarding same.

  8/23/2020  ACD1 LT300 A103  Draft opposition to motion for                  .80     325.00     260.00                 2188     1
                              reconsideration; research legal issues
                              regarding same.
```

```
  8/24/2020  ACD1 LT300 A103  Draft opposition to motion for                 3.90     325.00   1,267.50                 2188     2
                              reconsideration; research legal issues
                              regarding same.
```

```
  8/25/2020  ACD1 LT300 A103  Research legal issues regarding                3.00     325.00     975.00                 2192    21
                              opposition to motion for reconsideration
                              regarding the magistrate decision
                              regarding plaintiffs' order to produce
                              quarterly revenues.

  8/26/2020  RTC  LT200 A105  Confer internally re response to               1.50     525.00     787.50                 2249  1089
                              objections to magistrateÆs order re
                              Amazon customer information. Review
                              motion for expedited ruling and update
                              client re same.

  8/26/2020  RTC  LT200 A105  Confer internally re response to                .90     525.00     472.50                 2249  1105
                              objection to magistrateÆs order re
                              interrogatory number 6 and review
```

Klarquist                                                                 Page .......... 10

BILLING INFORMATION MEMO

Amazon.com, Inc.
ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

=========================================================>   T I M E   <=========================================================

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | research re same. | | | | | | |
| 8/26/2020 | ACD1 | LT300 | A103 | Draft opposition to plaintiffs' objections to magistrate judge order regarding compelling customer list; research legal issues regarding same. | 4.30 | 325.00 | 1,397.50 | | 2202 | 1 |
| 8/27/2020 | RTC | LT200 | A103 | Work on response to objections to magistrate judge's order re disclosure of Amazon customers. | 2.40 | 525.00 | 1,260.00 | | 2249 | 1086 |
| 8/27/2020 | RTC | LT200 | A103 | Work on response to objections to magistrate judge's order re interrogatory number 6. | 2.10 | 525.00 | 1,102.50 | | 2249 | 1104 |
| 8/27/2020 | ACD1 | LT300 | A103 | Draft opposition to plaintiffs' objection to magistrate order (3.2 hours for argument supporting compelling response to ROG No.6). | 3.70 | 325.00 | 1,202.50 | | 2206 | 1 |
| 8/28/2020 | RTC | LT200 | A103 | Work on response to objections to magistrate judge's order re interrogatory number 6. | 2.50 | 525.00 | 1,312.50 | | 2249 | 1056 |
| 8/28/2020 | RTC | LT200 | A103 | Work on response to objections to magistrate judge's order re disclosure of Amazon customers. | 1.90 | 525.00 | 997.50 | | 2249 | 1112 |
| 8/28/2020 | ACD1 | LT300 | A103 | Draft and revise opposition to plaintiff's objections to order from magistrate judge. | 2.10 | 325.00 | 682.50 | | 2226 | 1 |
| 8/29/2020 | ACD1 | LT300 | A102 | Research legal issues regarding opposition to plaintiffs' objection to Magistrate ruling on issue of responding to interrogatory. | 2.50 | 325.00 | 812.50 | | 2227 | 159 |

```
                                         Klarquist                                        Page .......... 11
                                    BILLING INFORMATION MEMO

                                         Amazon.com, Inc.
                                         ANNIE OAKLEY ENTERPRISES, INC., ET AL. V


==========================================>    T I M E    <==========================================

            Wkng      Actv                                       Billable
 - Date -   Atty Task Code  Description                           Hours     Rate      Value     Non-Chrg.  Group#  /Item#

 8/31/2020  RTC  LT200 A103 Work on response to objections to      3.20    525.00   1,680.00               2249    1090
                            magistrate judgeÆs order re disclosure
                            of Amazon customers.

 8/31/2020  RTC  LT200 A103 Work on response to objections to      3.20    525.00   1,680.00               2249    1094
                            magistrate judgeÆs order re
                            interrogatory number 6, and finalize and
                            file same.

 9/01/2020  RTC  LT200 A103 Work on opposition to motion to stay   4.60    525.00   2,415.00               2255     109
                            fees motion.

 9/01/2020  ACD1 LT300 A102 Research legal issues for response to  2.50    325.00     812.50               2255      84
                            plaintiffs' expedited motion for
                            discovery on attorneys fees.

 9/02/2020  RTC  LT200 A103 Draft and revise response re motion to 2.30    525.00   1,207.50               2271     121
                            stay and for discovery re attorneysÆ
                            fees motion.

 9/02/2020  ACD1 LT300 A103 Draft opposition to expedited motion for 3.90  325.00   1,267.50               2262       1
                            discovery on attorneys' fees; research
                            legal issues regarding same.
```

```
                                           Klarquist                                         Page .......... 12
                                      BILLING INFORMATION MEMO

                                             Amazon.com, Inc.
                                             ANNIE OAKLEY ENTERPRISES, INC., ET AL. V


=============================================>   T I M E   <=============================================

            Wkng       Actv                                           Billable
 - Date -   Atty Task  Code  Description                              Hours     Rate      Value   Non-Chrg.  Group#  /Item#
```

| Date | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/03/2020 | RTC | LT300 | A103 | Revise response to motion for discovery of Amazon and AmazonÆs counsel re attorneysÆ fees motion. | 2.90 | 525.00 | 1,522.50 | | 2433 | 218 |
| 9/03/2020 | ACD1 | LT300 | A103 | Review and revise response in opposition to plaintiffs' motion for discovery on attorneys' fees. | 1.50 | 325.00 | 487.50 | | 2264 | 19 |

```
Klarquist                                                                    Page ..........   13
                              BILLING INFORMATION MEMO
                                    Amazon.com, Inc.
                              ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

=================>    T I M E    <==========================================================

              Wkng  Actv                                      Billable
  - Date -    Atty Task  Code  Description                      Hours    Rate     Value    Non-Chrg. Group# /Item#
```




```
                                           Klarquist                                              Page ..........  14
                                     BILLING INFORMATION MEMO
                                                Amazon.com, Inc.
                                                ANNIE OAKLEY ENTERPRISES, INC., ET AL. V

==============================================>   T I M E   <==============================================

        Wkng   Actv                                              Billable
- Date -  Atty Task Code   Description                             Hours      Rate     Value    Non-Chrg. Group# /Item#
```

```
                                        Klarquist                                              Page ..........   15
                                BILLING INFORMATION MEMO
                                        Amazon.com, Inc.
                                        ANNIE OAKLEY ENTERPRISES, INC., ET AL. V



==============================================>   T I M E   <==============================================

            Wkng     Actv                                       Billable
 - Date -   Atty Task Code   Description                        Hours      Rate       Value    Non-Chrg. Group# /Item#
```







```
                                      Klarquist                                    Page ........  18
                                 BILLING INFORMATION MEMO
                                       Amazon.com, Inc.
                                ANNIE OAKLEY ENTERPRISES, INC., ET AL. V
=======================================>  T I M E  <=======================================
           Wkng      Actv                                  Billable
- Date -   Atty Task Code  Description                     Hours     Rate     Value    Non-Chrg. Group# /Item#

11/19/2020 ACD1 LT300 A103 Draft renewed motion for fees for  .30    325.00    97.50              2739    1
                           discovery disputes.

11/20/2020 ACD1 LT300 A103 Draft renewed motion for attorneys fees.  3.60  325.00  1,170.00       2749    1
11/21/2020 ACD1 LT300 A103 Draft renewed motion for attorneys'       5.00  325.00  1,625.00       2749  137
                           fees.
11/22/2020 RTC  LT100 A104 Revise attorneys' fees motion.            .50   525.00    262.50       2773  233

11/22/2020 ACD1 LT300 A103 Draft renewed motion for attorneys'      1.40   325.00    455.00       2749  230
                           fees.
11/23/2020 RTC  LT100 A104 Revise attorneys' fees motion.            .80   525.00    420.00       2773  243

11/23/2020 ACD1 LT300 A103 Draft renewed motion for fees; research  3.40   325.00  1,105.00       2767    8
                           legal issues regarding same.
```